**UNITED STATES OF AMERICA ex rel. Joseph George STRECKER, Appellant, v. Eugene KESSLER, District Director of Immigration and Naturalization Service, New Orleans, Louisiana.**

No. 10932.

Circuit Court of Appeals, Eighth Circuit.

May 13, 1937.

H. H. Ellis, of Little Rock, Ark., for appellant.

Leon B. Catlett, Asst. U. S. Atty., of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee and certificate of clerk of United States District Court.

**UNITED STATES of America ex rel. YEE WING GIT, Appellant, v. Theodore REIMER, Commissioner of Immigration at the Port of New York, Appellee.**

No. 431.

Circuit Court of Appeals, Second Circuit.

June 7, 1937.

A. Arthur Giden, of New York City, for appellant.

Richard L. Delafield, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

**VEGETABLE OIL PRODUCTS CO., Inc., a Corporation, Appellant, v. Nat ROGAN, Individually and as Collector of Internal Revenue, etc., Appellee.**

No. 8203.

Circuit Court of Appeals, Ninth Circuit.

June 28, 1937.

C. W. Hobson, Jr., of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.